IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NISSAN MOTOR ACCEPTANCE COMPANY LLC, a Delaware limited liability company, and NISSAN EXTENDED SERVICES NORTH AMERICA, GP, a Delaware general Partnership, | § § § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:23-cv-2636-E |
| STEPHANIE MORRIS, an individual, | § § § § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated August 6, 2024, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 22nd day of August, 2024.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE